**Motion granted, appeal reinstated, and Order filed January 10, 2023.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00701-CV
_____

**AMERICAN AKAUSHI ASSOCIATION, INC., HEARTBRAND HOLDINGS, INC., AND RONALD BEEMAN, Appellants/Cross-Appellees**

**V.**

**TWINWOOD CATTLE COMPANY, INC., Appellee/Cross-Appellant**

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-250789**

## ORDER

This appeal was abated for completion of the reporter's record. The parties have filed a joint motion to lift the abatement, reinstate the appeal, and set agreed briefing deadlines. The motion is granted, and the appeal is reinstated.

The briefing schedule is as follows:

- Appellants' and cross-appellant's opening briefs are due on March 3, 2023.
- Appellee's and cross-appellees' response briefs are due May 2, 2023.
- Appellants' and cross-appellant's reply briefs are due June 19, 2023.

In addition, the parties' motion requests that they be given expanded word limits for their briefing in light of the claims and issues implicated by this appeal. The parties' request is granted, and their word limits are as follows:

- American Akaushi Association, Inc. and HeartBrand Holdings, Inc. are granted up to 15,000 words for their opening brief as appellants, up to 15,000 words for their response brief as cross-appellees, and up to 7,500 words for their reply brief as appellants.
- Ronald Beeman is granted up to 15,000 words for his opening brief as appellant, 15,000 words for his response brief as cross-appellee, and 7,500 words for his reply brief as appellant.
- Twinwood Cattle Company, Inc., is granted up to 15,000 words for its opening brief as cross-appellant, 20,000 words for its response brief as appellee, and 7,500 words for its reply brief as cross-appellant.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.